**Order entered September 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00537-CV

**DALLAS INDEPENDENT SCHOOL DISTRICT, Appellant**

**V.**

**FAIRY ALLEN, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02580**

## ORDER

We **GRANT** appellant's September 15, 2016 unopposed motion for an extension of time

to file a reply brief and extend the time to **OCTOBER 12, 2016**.


/s/    ELIZABETH LANG-MIERS
        JUSTICE